# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00853-CR

**Gina Ilisa Steadman, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
NO. CR2022-477D, THE HONORABLE ROBERT UPDEGROVE, JUDGE PRESIDING**

---

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

Appellant's brief was originally due February 4, 2026. On February 18, 2026, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by March 2, 2026 would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. As of this date, we have received no response.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal.

Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than April 20, 2026.  *See id.* R. 38.8(b)(3).

It is so ordered March 20, 2026.


Before Justices Triana, Kelly, and Ellis

Abated and Remanded

Filed:   March 20, 2026

Do Not Publish